IN THE MATTER OF MICHAEL CALLAN.

February 26, 1974. Petition for certification granted.

DONNA BOILEAU v. LOUIS DE CECCO.

February 26, 1974. Petition for certification granted. (See 125 *N. J. Super.* 263)

STATE OF NEW JERSEY v. ROBERT YANCEY.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH WASHBURN.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WESLEY WRIGHT.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. GARRY KLINGER.

February 26, 1974. Petition for certification denied.